IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| NATIONWIDE INSURANCE COMPANY OF AMERICA, | ) ) ) | Case No. CV-09-39-N-BLW |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| INTEGRITY HOMES INC. and JOHN DOE, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

The Court has before it Plaintiff's Motion for Entry of Default (Docket No. 16). On May 19, 2009, the Court conducted a telephonic scheduling conference in this case. Nathan Batchelor, a non-attorney, appeared on behalf of Defendant Integrity Homes, Inc., and indicated that he did not have counsel. The Court explained that "[w]henever an entity other than an individual desires or is required to make an appearance in this Court, the appearance shall be made only by an attorney of the bar of this Court or an attorney permitted to practice under these rules." Dist. Idaho Loc. Civ. Rule 83.4(d); see also *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993).

Order - 1

Therefore, the Court issued an Order on June 1, 2009, stating that Defendant Integrity Homes, Inc. shall, within 21 days of receiving the Order, appoint an attorney to appear on its behalf. The Court also stated that if an attorney for Integrity Homes, Inc. failed to appear within the 21 day period allowed by the Order, such failure would be sufficient grounds for entry of a default against Integrity Homes, Inc.  More than 21 days has passed since Defendant received that Order, and no attorney has appeared on behalf of Defendant.  Accordingly, the Court will grant Plaintiff's motion for entry of default.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default (Docket No. 16) shall be, and the same is hereby, GRANTED. Plaintiff shall provide the Court with a proposed default judgment outlining Plaintiff's requested relief.

DATED: **July 9, 2009**



B. LYNN WINMILL
Chief Judge
United States District Court